UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PEG SMITH, as Trustee of the Peggy Ann Smith Revocable Living Trust, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:20-cv-00724 ) |
| THE POSTON AT THE PARK, LLC, and THE POSTON AT THE PARK HOMEOWNERS' ASSOCIATION, INC., | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Developer's Motion to Dismiss (Doc. No. 27) and the HOA's Motion to Dismiss (Doc. No. 29) are **DENIED** as to all claims.

The parties shall proceed to mediation as planned on July 15, 2021. The parties shall attend the mediation in person.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE